```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF NEW HAMPSHIRE
```

United States of America,
      Government

      v.                              Criminal No. 06-cr-71-1,2-SM

Elaine A. Brown and
Edward L. Brown,
      Defendants

## NOTICE TO JURY

Unfortunately some difficulties prevent us from proceeding with trial today, so I have recessed these proceedings until 9:30 a.m. on Tuesday, January 16, 2007, Monday being a federal holiday.  Please note that this starting time is thirty minutes later than usual.

For your personal planning purposes, I can advise you that I am confident that the anticipated trial schedule I outlined for you at the start will still be met and evidence will likely conclude on Tuesday or Wednesday of next week.

Because it is important, please forgive my being repetitive in reminding you to be vigilant about avoiding any press or other media coverage related to this trial during the weekend and holiday break, and to promptly report any exposure you may have to media coverage, even if inadvertent.

**SO ORDERED.**

*/s/ Steven J. McAuliffe*
Steven J. McAuliffe
Chief Judge

January 12, 2007

cc: Elaine A. Brown, pro se
    Edward L. Brown, pro se
    William E. Morse, Esq.