UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 06-071-SM |
| | ) | |
| ELAINE A. BROWN, and | ) | |
| EDWARD LEWIS BROWN | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION REGARDING ANCILLARY CLAIM
BY THE STATE OF NEW HAMPSHIRE**

Counsel for the United States and the State of New Hampshire, through the New

Hampshire Attorney General's Office, have conferred on April 19, 2007, and stipulate as

follows:

1.  The court, in its Preliminary Order of Forfeiture, has granted a Preliminary Order of

Forfeiture which includes a money judgment in the amount of $215,890.47.  The United States

has secured its forfeiture interest by notices of lis pendens as follows:

a)  401 Center of Town Road, Plainfield, New Hampshire, dated May 24, 2006, and

recorded at the Sullivan County Registry of Deeds on May 24, 2006, at Book 1584, Page 359;

and

b)  27 Glen Road, West Lebanon, New Hampshire, dated May 24, 2006, and recorded at

the Grafton County Registry of Deeds on May 24, 2006, at Book 3283, Page 964.

2.  The State of New  Hampshire recorded liens as follows:

a)  401 Center of Town Road, Plainfield, New Hampshire, and 27 Glen Road, West

Lebanon, New Hampshire, dated August 28, 2006, and October 5, 2006, and recorded at the

Sullivan County Registry of Deeds on August 31, 2006, at Book 1602, Page 185, and October 5,

2006, at the Sullivan County Registry of Deeds at Book 1622, Page 891, respectively, in the total

amount of $348,235.32.

    3.  The State of New Hampshire and the United States agree that the United States is in

first position with respect to collecting its money judgment from 401 Center of Town Road,

Plainfield, New Hampshire, and 27 Glen Road, West Lebanon, New Hampshire, and the State of

New Hampshire's tax lien is in second position.

                                        Respectfully submitted,

                                        THOMAS P. COLANTUONO
                                        United States Attorney


Dated:  April 23, 2007                  By:/s/ Robert J. Rabuck
                                        Robert J. Rabuck
                                        Assistant U.S. Attorney
                                        N.H. Bar No. 2087
                                        United States Attorney's Office
                                        53 Pleasant Street
                                        Concord, NH  03301
                                        (603) 225-1552
                                        rob.rabuck@usdoj.gov


Dated:  April 20, 2007                  By:/s/ Glenn A. Perlow
                                        Glenn A. Perlow, Assistant Attorney General
                                        N.H. Bar No. 13085
                                        Office of the Attorney General
                                        Civil Bureau
                                        33 Capitol Street
                                        Concord, NH  03301-6397
                                        (603) 271-3650
                                        glenn.perlow@doj.nh.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of April, 2007, the foregoing Stipulation Regarding Ancillary Claim By The State of New Hampshire was served electronically through ECF to Glenn Perlow, Assistant Attorney General.  I hereby certify that on this 23rd day of April, 2007, a copy of the foregoing Stipulation Regarding Ancillary Claim By The State of New Hampshire was mailed postage prepaid to Elaine A. Brown, 401 Center of Town Road, Plainfield, NH 03781, and Edward L. Brown, 401 Center of Town Road, Plainfield, NH  03781.



/s/ Robert J. Rabuck
Robert J. Rabuck
Assistant U.S. Attorney